ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Blanchard's Contracting, LLC | ) ASBCA No. 62508-ADR |
| | ) |
| Under Contract No. N40080-19-C-2026 | ) |

APPEARANCES FOR THE APPELLANT:     Meghan A. Douris, Esq.
                                                                        Seyfarth Shaw LLP
                                                                        Seattle, WA

                                                                        Anthony J. LaPlaca, Esq.
                                                                        Seyfarth Shaw LLP
                                                                        Washington, DC

APPEARANCES FOR THE GOVERNMENT:     Craig D. Jensen, Esq.
                                                                        Navy Chief Trial Attorney
                                                                        Rachel J. Goldstein, Esq.
                                                                        Henry D. Karp, Esq.
                                                                        Trial Attorneys

ORDER OF DISMISSAL

The parties settled the dispute and appellant moves to dismiss with prejudice. The Board grants the motion and dismisses this appeal with prejudice.

Dated: June 1, 2023

DANIEL S. HERZFELD
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62508-ADR, Appeal of Blanchard's Contracting, LLC, rendered in conformance with the Board's Charter.

Dated:  June 2, 2023

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals